Certificate Number: 05781-SC-DE-041577672

Bankruptcy Case Number: 26-04430

05781-SC-DE-041577672

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2026, at 4:58 o'clock PM PDT, Sean Daniel completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of South Carolina.

Date: October 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President