Certificate Number: 05781-SC-DE-041591677

Bankruptcy Case Number: 26-04265

05781-SC-DE-041591677

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 22, 2026, at 8:33 o'clock PM PDT, Delayne Barney completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of South Carolina.

Date: October 22, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President